Date signed March 04, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| Rae Jean Patterson : | |
| Frederick Trimble Patterson, II : | Case No. 09-34556PM |
| : | Chapter 13 |
| Debtor : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : | |
| Aurora Loan Services, LLC : | |
| : | |
| Movant : | |
| vs. : | |
| Rae Jean Patterson : | |
| Frederick Trimble Patterson, II : | |
| : | |
| Debtors : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |

### MEMORANDUM TO MOVANT'S COUNSEL

    Having reviewed the Debtors' motion to amend the Order Granting Relief from Stay entered on November 30, 2010, the court requests counsel for Movant to prepare an appropriate order if Movant approves of the amendment requested by the Debtors.

cc:    Debtors
        Debtors' Counsel - Rowena Nicole Nelson
        Chapter 13 Trustee
        Aurora Loan Services, LLC, c/o Kristine D. Brown, Shapiro & Burson, LLP,
            13135 Lee Jackson Highway, #201, Fairfax, VA 22033

### End of Memorandum